```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                    CHARLESTON DIVISION
```

FILED
JUN 1 8 2002
LARRY W. PROPES, CLERK
CHARLESTON, SC

| | | |
|---|---|---|
| DAVID D. BENNETT, | ) | C.A. NO. 2:02-1915-18 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | PLAINTIFF'S ANSWERS TO LOCAL |
| vs. | ) | CIVIL RULE 26.01 |
| | ) | INTERROGATORIES |
| BIO-REFERENCE LABORATORIES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

The Plaintiff answering the Interrogatories pursuant to Local Civil Rule 26.01 of the Federal Rules of Civil Procedure, states as follows:

**INTERROGATORY NO. (A)**

State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest

**ANSWER:**   Not applicable.

**INTERROGATORY NO. (B)**

As to each claim, state whether it should be tried by jury or nonjury and why.

**ANSWER:**   All claims should be tried by a jury as there are multiple tort claims.

**INTERROGATORY NO. (C)**

State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which



the party owns ten percent or more of the outstanding shares.

**ANSWER:** The Plaintiff is an individual.

### INTERROGATORY NO. (D)

State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** Defendant Corporation did business in Charleston, South Carolina and the Plaintiff performed work on behalf of Defendant, as an employee, in Charleston, South Carolina from June 2000 until January 2001.

### INTERROGATORY NO. (E)

Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** This action is not related in whole or in part to any other matter filed in this District.

2

YOUNG, CLEMENT, RIVERS & TISDALE, LLP

By: ___*Nancy Bloodgood*___
Nancy Bloodgood
Federal I.D. Number 5208
P.O. Box 993, Charleston, SC 29402
(843) 724-6659 - Telephone
(843) 579-1352 - Fax
E-mail: nb@ycrt.com
Attorneys for the Plaintiff

Charleston, South Carolina

Dated: __6/18/02__

CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing pleading was mailed to all counsel of record in this proceeding this __17th__ day of __June__, 2002.

___*Karen L Russell*___

3