

FOR OFFICIAL USE ONLY

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# Charleston DIVISION

**FILED**

FEB 2 0 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

Date: 2-20-03

Judge: David C Norton
Deputy Clerk: Gail S Johnson
Court Reporter: Janet Collins

Civil Case Number: see attached

Location: Charleston
Court Convenes: 10:30

**CASE CAPTION:** see attached

Plaintiff(s) Counsel: see attached

Defense Counsel: see attached

## CIVIL MINUTES

Hearing HELD:

- ☐ Motion Hearing ( mhrgms.)
- ☐ Oral Argument on BK Appeal ( oralargbkappms.)
- ☐ Pretrial/Status/Schedule Conference ( ptrl/stat/schedcnfms.)
- ☐ Settlement Conference ( stlmtcnf.)
- ☐ Oral Argument on Social Security Case ( oralargssms.)
- ☐ Show Cause Hearing ( showhrgms.)
- ☑ Bar Meeting ( bmms.)
- ☐ Telephone Conference ( telecnfms.)

Document # 11

Revised July 11, 200(

M:\APPS\WP\FORMS\minutes\CIVIL.WPD

NOTES: _court calls case_

|  | Pla. | Deft. |
|---|---|---|
| Brief(s) Due: | ___ | ___ |
| Proposed Findings Due: | ___ | ___ |
| Response/Reply Due: | ___ | ___ |
| Order to be submitted | ___ | ___ |

### MOTIONS

Motion #:_____
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Resolved/Withdrawn

Motion #:_____
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Resolved/Withdrawn

Motion #:_____
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Resolved/Withdrawn

Motion #:_____
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Resolved/Withdrawn

Motion #:_____
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Resolved/Withdrawn

Court Adjourns: 11:05

**JUDGE DAVID C. NORTON**
**JURY ROSTER**
**MARCH 31, 2003**

| Case Number | | Case | Notes |
|---|---|---|---|
| 2:99-cv-4160 | T | Brown vs Charleston County SC | Terry Rickson, Alice Paylor |
| 2:00-cv-3975 | T | Collins vs Burbage — Kevin Holmes, Jimmy Stuckey | 3 days |
| 2:01-cv-0715 | T | Coldwell Banker Real vs LaTorre Keith Hutto, Gerald Delass | 1½ days |
| 2:01-cv-2573 | T | Dunning, et al vs Morgan Stanley & Co Bobby Hood Jr. | 5 days |
| 2:01-cv-2743 | 8 | ~~Sordillo vs Courtyard~~ | 5 days |
| 2:01-cv-2943 | | Rucker vs Wade S/J set | |
| 2:01-cv-2983 | | Lucey Mortgage Corp vs Hartford Casualty Fleet Freeman / possible continuance | |
| 2:01-cv-3042 | | ~~Cropp vs Gene Reed Toyota Inc~~ | |
| 2:01-cv-3548 | | Elksnin vs Citadel, The — Fleet Freeman, Gerald Delass, possible continuance | |
| 2:01-cv-3762 | T | Lesser -v- Condianzo — Judge Bertlesman Pretrial Cnf 4-14-03 @ 3 pm | |
| 2:01-cv-4002 | | Osborn vs University Medical Molly Hughes, Mueller Trial 4-15-03 10:00 | 3 to 5 days |
| 2:01-cv-4061 | | ~~Myers vs Verdeja-Perez~~ Sanders, Kahn | 2 to 3 days |
| 2:01-cv-4104 | T | Freiberger vs Martini — Steve Brown, Michael Scarborough | 2 to 3 days |
| 2:01-cv-4265 | | ~~Hamlin vs Southend Brewing~~ David McCann / arbitration | |
| 2:01-cv-4267 | | ~~Bituminous Casualty vs RC Altman Bldg Inc~~ | |
| 2:01-cv-4282 | T | Carpenter vs Mariner Post Acute Warner | 5 days |
| 2:01-cv-4327 | T | Parker Limousine Svc vs Carey Intl Inc Brad Waring, Jukes Hines | 3 days |
| 2:01-cv-4447 | T | Boroughs vs Lowe's Home Centers Jarrel Wiggers, David McCormack | 2 - 2½ days |
| 2:01-cv-4499 | 8 | ~~Brixhoff vs American Express~~ | |
| 2:01-cv-4858 | T | Board of Trustees, et al vs Church Insurance Co Trentholm Walker, Wm Calhoun, Powell | 4 days — wants may |
| 2:02-cv-0011 | T | Baxter vs Charleston Orphan Jon Bell, Molly Hughes | 2½ to 3 days |
| 2:02-cv-0049 | | ~~Richardson vs Atlanta Casualty Co~~ | |

1

JUDGE DAVID C. NORTON
JURY ROSTER
MARCH 31, 2003

| Case Number | | Case Name | Notes |
|---|---|---|---|
| 2:02-cv-0070 | T | Nicholson vs Noe | Toporek *Alan* Julius Hines — 2 days |
| 2:02-cv-0143 | S | Washington vs 3V Incorporated | |
| 2:02-cv-0153 | S | Hatten vs DR Horton Inc | |
| 2:02-cv-0154 | S | Hunter vs DR Horton Inc | |
| 2:02-cv-0155 | S | Pittman, et al vs DR Horton Inc | |
| 2:02-cv-0283 | T | Evergreen Natl Indem vs TC Limehouse Inc | Rhodes for plaintiff |
| 2:02-cv-0326 | T | Weschester Surplus vs Carolina Agency | Julius Hines, Lanier — 3 days |
| 2:02-cv-0501 | | Reynolds vs Layton | K. Krawcheck, plaintiff excused, possible certificate needed |
| 2:02-cv-0578 | T | Davis vs Charleston Cnty Sch | Alice Paylor, Charles Johnson |
| 2:02-cv-0588 | C | Siebe Inc vs National Union Fire | |
| 2:02-cv-0599 | C | Nuccio, et al vs Wal-Mart Stores Inc | |
| 2:02-cv-0618 | T | Bailey vs Medical University | Nancy Bloodgood S/J hearing — 3 days |
| 2:02-cv-0702 | | Trident Const Co Inc vs The Austin Company | Trenholm Walker, Lyles — summary judgment pending |
| 2:02-cv-0844 | | Luckett vs Savannah Hwy Auto Co | case closed 2-5-03 |
| 2:02-cv-0872 | C | Katyna Light, et al vs Katyna Light | rncub McKnight |
| 2:02-cv-0923 | S | Stroman vs Charles Schwab Inc | |
| 2:02-cv-1114 | | Charleston Dry vs Zurich Ins Co | Fleet Freeman — certified question |
| 2:02-cv-1182 | | Williams vs Behr Heat Transfer | closed |
| 2:02-cv-1205 | C | Ollenburg vs Revco Discount | |
| 2:02-cv-1282 | T | Meier vs Travelers Ins Co | Jimmy Stuckey, Brad Waring — 1 day |
| 2:02-cv-1375 | | Harrelson vs REA Construction | Nonsuit |

2

JUDGE DAVID C. NORTON
JURY ROSTER
MARCH 31, 2003

| Case Number | | Case Name | Notes |
|---|---|---|---|
| 2:02-cv-1376 | | Harrelson vs REA Construction | Nonsuit |
| 2:02-cv-1405 | C | Stoll vs State Farm Mutual | |
| 2:02-cv-1431 | T | Moore vs Travelers Insurance | Brad Waring — 2 days |
| 2:02-cv-1542 | | Harris vs Charleston Cty Sher | Closed - Rabin order |
| 2:02-cv-1632 | C | Mills vs Volcey | |
| 2:02-cv-1653 | | Beers Skanska Inc vs North Charleston | |
| 2:02-cv-1705 | T | Pugh vs Wal-Mart Corporation | 1½ days |
| 2:02-cv-1708 | T | Millard vs Atlanta Trucking | Goulden Bacon — 2 days |
| 2:02-cv-1737 | | Wild Dunes Real vs Media Services Inc | almost settled, Duffy |
| 2:02-cv-1746 | C | Powell vs Roth Mfg Corp | |
| 2:02-cv-1915 | | Bennett vs Bio-Reference Lab | arbitration in New Jersey, waiting for award |

JUDGE DAVID C. NORTON
NON-JURY ROSTER
MARCH 31, 2003

| Case Number | | Case | Notes |
|---|---|---|---|
| 2:00-cv-3756 | | Sapphire Development vs Span USA Inc | Clay McCullough — need status conf. |
| 2:00-cv-3801 | T | Bone, et al vs Vecchio — 2 days | Mitch Lanier / Benjamin Glass |
| 2:00-cv-3837 | T | Clark vs H&C Fishers Inc — 2 to 3 hours | Hines / Barney 2 to 3 hours |
| 2:01-cv-2126 | T | Todd, et al vs Schneider — 2 days | Justin Kahn / Joseph Thompson |
| 2:01-cv-2294 | T | Weitzel, et al vs United States | William Clifford / John Douglas mediation |
| ~~2:01-3190~~ | ~~C~~ | ~~Shannon vs Rollins~~ | Sanders / Norma Ann Jett 3-20-03 |
| 2:01-cv-3638 | T | Andrews vs Beneteau USA Inc — 2½ days | David Collins |
| 2:01-cv-3977 | | Blasko, et al vs Duncan's Boat City | Melanie Stith / Creel needs a status conf. |
| 2:01-cv-4657 | T | Detyens Marine Indus vs USA — 1½ days | William Scott / Stephen Campbell |
| ~~2:02-cv-0061~~ | ~~C~~ | ~~Shine vs Heron Marine SA~~ | Paul Gibson / Gordon Schreck |
| 2:02-cv-0915 | | USA, et al vs Council — waiting for tax lien | |
| 2:02-cv-0975 | | Capers, et al vs Columbia Coastal | Paul Gibson / Gordon Schreck / SJ pending |
| ~~2:02-cv-1207~~ | ~~C~~ | ~~Landmark Land Co FL vs Palm Beach Polo Inc~~ | |
| ~~2:02-cv-1293~~ | ~~C~~ | ~~USA vs Johnson-Palmer~~ | motion for SJ to be submitted |
| ~~2:02-cv-1369~~ | ~~C~~ | ~~Bouvin vs Schmeising~~ | Douglas MacKelcan / Scott Bluestein |
| ~~2:02-cv-1461~~ | ~~C~~ | ~~Geftman vs Boat Owners Assn~~ | |
| 2:02-cv-1611 | T | Brown vs United States — 1 day | Joe Griffith |
| 2:02-cv-1638 | | Alford vs Continental Casualty | Molly Hughes pending SJ and cross SJ |
| ~~2:02-cv-1649~~ | ~~C~~ | ~~Larue vs Dewolff Boberg~~ | Rhodes |
| ~~2:02-cv-2731~~ | ~~C~~ | ~~USA vs Cumbee~~ | order to stay to be submitted |

4